IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ZDRAVETZ EVDOKIMOW, | No. 4:21-CV-00261 |
| Petitioner, | (Judge Brann) |
| v. | |
| CLAIR DOLL, *et al.*, | |
| Respondents. | |

## ORDER

**FEBRUARY 26, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Evdokimow's 28 U.S.C. § 2241 petition (Doc. 1) is **DISMISSED** in part and **DENIED** in part. Evdokimow's claims challenging his FARO and the legality of his detention during the 90-day removal period are dismiss without prejudice, while his claims under the Fifth Amendment are denied; and

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge